UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SCHROEDER and PAMELA SCHROEDER, h/w,<br><br>Plaintiffs<br><br>v.<br><br>VALLEY FORGE CONVENTION CENTER PARTNERS, LP d/b/a RADISSON HOTEL VALLEY FORGE; VALLEY FORGE CONVENTION CENTER PARTNERS, G.P., LLC; and CARLSON HOLDINGS, INC.,<br><br>Defendants | Civil Action No. 18-cv-03236 |

## STIPULATION TO DISMISS

It is hereby **STIPULATED and AGREED** between counsel for plaintiffs and counsel for defendants that all claims against defendant Carlson Holdings, Inc. are hereby dismissed without prejudice.

**SYNDER LAW GROUP, P.C.**                **CAMPBELL, LIPSKI & DOCHNEY**

_____          _____
Robert Snyder, Esquire                    Gerard F. Lipski, Esq.
Attorney for Plaintiffs                   Attorney for Defendants


APPROVED:
BY THE COURT;
SEPTEMBER 11, 2018:

_____
                                         j/