IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY SCHROEDER,

    Plaintiff,

v.

VALLEY FORGE CONVENTION CENTER
PARTNERS, L.P., et al.,

    Defendants.

CIVIL ACTION
NO. 18-3236

## ORDER

**AND NOW**, this 18th day of March 2019, upon consideration of a letter from counsel for Plaintiff, Erik P. Snyder, Esquire, dated March 15, 2019, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close the case for statistical purposes.

3. The Clerk of Court shall docket the attached letter.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.