

# SLG
## SNYDER LAW GROUP, PC

Robert P. Snyder, Esq.*

Erik P. Snyder, Esq.*

Eric E. Shore, DO, JD, MBA †

*Also admitted in New Jersey
† Of Counsel

March 15, 2019

*SENT VIA FIRST CLASS MAIL
AND FACSIMILE*

James A. Byrne U.S. Courthouse
601 Market Street, Rm. 13614
Philadelphia, PA 19106
*Fax 267-299-5058*
**ATTN: Honorable Joel H. Slomsky**

James A. Byrne U.S. Courthouse
601 Market Street, Rm. 3016
Philadelphia, PA 19106
*Fax: 215-580-2157*
**ATTN: Honorable Carol Sandra Moore Wells**

RE: Schroeder, et al. v. Valley Forge Convention Center Partners, LP, et al.
No.: 18-cv-03236
**NOTICE OF SETTLEMENT**

Dear Judge Slomsky and Judge Wells:

As you are aware, I represent the Plaintiffs in the above-referenced matter, which is currently scheduled for a Settlement Conference before Judge Wells next week, March 20, 2019.

Please be advised that this matter has settled, and an Order to Settle, Discontinue and End will be filed upon receipt of the settlement funds.

In light of this settlement, I am respectfully requesting that the above-referenced Settlement Conference be cancelled.

Thank you.

Very truly yours,

ERIK P. SNYDER

EPS/aeo
cc: Gerald Lipski, Esq.

121 Ivy Lane ♦ King of Prussia, PA 19406 ♦ ph 610-265-8050 ♦ fax 610-265-6638 ♦ www.snyderinjurylaw.com